IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

VIOLA MARSHALL                                                                                                PLAINTIFF

vs.                                         CASE NO. **4:06CV00949JMM**

MICHAEL J. ASTRUE,                                                                                         DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Pursuant to the Order entered this date, the Court hereby affirms the final determination of the Commissioner and Plaintiff's complaint is hereby dismissed with prejudice.

IT IS SO ORDERED this   23   day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE